1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:  415/981-9788
   Facsimile:  415/981-9798
4  Email:      RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **DOLORES JOHNSON**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DOLORES JOHNSON, | ) | Case No.: C15-03011 KAW |
|---|---|---|
| Plaintiff, | ) ) | Case filed:  06/29/15<br>Trial date:  TBA |
| v. | ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO, | ) ) | **PLAINTIFF'S RESPONSE TO MOTION TO DISMISS** |
| Defendant. | ) ) ) ) | Date:      11/19/15<br>Time:      11:00am<br>Location:  Courtroom 4, 3rd Floor, Oakland |

## **THE MOTION IS MOOT**

Plaintiff has filed a First Amended Complaint (Document #15) which she believes complies with legal standards. *Sheppard v. David Evans and Assoc.* (9th Cir. 2012) 694 F.3d 1045, 1050. The amendment is proper. FRCP 15(a)(1)(B).

The motion is moot. *Lacey v. Maricopa County* (9th Cir. 2012) 693 F.3d 896, 927. See, also, *Liberi v. Defend Our Freedoms Foundations, Inc.* (9th Cir. 2013) 509 F.App'x 595, 596.

Dated: 9-29-15

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff