**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:	415/981-9788
Facsimile:	415/981-9798
Email:	RogersRMR@yahoo.com

Attorneys for Plaintiff
**DOLORES JOHNSON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON, ) | **Case No.:  C15-03011 KAW** |
| ) | |
| Plaintiff, ) | Case filed:	06/29/15 |
| ) | Trial date:	11/14/16 |
| v. ) | |
| ) | **STIPULATION FOR FILING THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties stipulate to Plaintiff's filing a Third Amended Complaint in the form of Exhibit 1 hereto, within seven (7) days.

Dated: 04/07/16                                             Respectfully submitted,

                                                            LAW OFFICE OF RICHARD M. ROGERS

                                                    By: /s/ Richard M. Rogers
                                                        RICHARD M. ROGERS
                                                        Attorneys for Plaintiff
                                                        DOLORES JOHNSON

Dated: 04/07/16                                         DENNIS J. HERRERA
                                                        City Attorney
                                                        KATHARINE HOBIN PORTER
                                                        Chief Labor Attorney
                                                        KENNETH M. WALCZAK
                                                        Deputy City Attorney


                                                    By: /s/ Kenneth M. Walczak
                                                        KENNETH M. WALCZAK
                                                        Attorneys for Defendant
                                                        CITY AND COUNTY OF SAN FRANCISCO

IT IS SO ORDERED.

Dated: 4/18/16                          By: *Kandis Westmore*
                                            KANDIS A. WESTMORE
                                        MAGISTRATE JUDGE OF THE US DISTRICT COURT

JOHNSON/
/COMPLAIN.3AM-STIP

Case No.:  C15-03011 KAW – STIPULATION FOR FILING THIRD AMENDED COMPLAINT; ORDER

2