1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   KATHARINE HOBIN PORTER, State Bar #173180
    Chief Labor Attorney
3   KENNETH M. WALCZAK, State Bar #247389
    Deputy City Attorney
4   Fox Plaza
5   1390 Market Street, Fifth Floor
    San Francisco, California 94102-5408
6   Telephone:     (415) 554-4206
7   E-Mail:        kenneth.walczak@sfgov.org

8   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12   DOLORES JOHNSON,                    Case No. C15-03011 KAW

13          Plaintiff,                   [PROPOSED] ORDER EXCUSING IN-PERSON
                                         ATTENDANCE OF INSURER
14          vs.
                                         Conference Date:   June 7, 2016
15   CITY AND COUNTY OF SAN              Time:              10:00 a.m.
     FRANCISCO,                          Place:             U.S. District Court
16                                                          1301 Clay Street
            Defendant.                                      Oakland, California 94612
17                                       Judge:             Magistrate Judge Donna M. Ryu

18                                       Trial Date:        November 14, 2016

19

20

21

22

23

24

25

26

27

28

1  Having received and considered a confidential letter submitted by Defendant City and County

2  of San Francisco, and good cause appearing therefor, the Court hereby orders as follows:

3  Requiring personal attendance by a representative of insurer RSUI Group, Inc. ("RSUI"),

4  would constitute an extraordinary hardship to Defendant.

5  On that basis, the Court excuses RSUI from the requirement to attend the June 7, 2016

6  settlement conference in person.

7  A representative of RSUI with full settlement authority shall be available by phone for the

8  duration of the settlement conference.

9  IT IS SO ORDERED.

10

11  DATED:  June 6, 2016

12  _____
    Magistrate Judge Donna M. Ryu



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28