DENNIS J. HERRERA, State Bar #139669
City Attorney
KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
KENNETH M. WALCZAK, State Bar #247389
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4206
E-Mail:         kenneth.walczak@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. C15-03011 KAW<br><br>**ORDER GRANTING AS MODIFIED UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND EXTEND REMAINING DEADLINES** |

[PROP.] ORDER RESETTING TRIAL
Case No. C15-03011 KAW

g:\kawall\_cv\2015\2015_03011_johnson_v_city_and_county_of_
san_francisco\15-cv-03011-kaw-
order_modifying_trial_date_and_deadlines.docx

Having considered Defendant's Unopposed Administrative Motion to Continue Trial Date and Extend Remaining Deadlines, and the papers filed in support thereof, and good cause appearing therefor, the Court hereby orders as follows:

The previous pre-trial schedule, and trial date, are vacated.

The Court sets the following new dates:

| | |
|---|---|
| Expert Disclosure and Reports Provided | November 14, 2016 |
| Rebuttal Expert Disclosure and Reports Provided | November 28, 2016 |
| Close of Expert Discovery | December 12, 2016 |
| Last Day to Hear Dispositive Motions | October 18, 2016 |
| Meet and Confer | January 13, 2017 |
| Joint Pretrial Statement | January 17, 2017 |
| Objections | January 27, 2017 |
| Pretrial Conference | February 7, 2017 |
| Trial | February 21, 2017 |

All other provisions of the Court's Case Management and Pretrial Order for Jury Trial, entered 12/16/15 (Docket No. 38), shall remain in effect.

IT IS SO ORDERED.

DATED: July 6, 2016

Magistrate Judge Kandis A. Westmore

[PROP.] ORDER RESETTING TRIAL
Case No. C15-3011

1

g:\kawall\_cv\2015\2015_03011_johnson_v_city_and_county_of_san_francisco\15-cv-03011-kaw-order_modifying_trial_date_and_deadlines.docx