DENNIS J. HERRERA, State Bar #139669
City Attorney
KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
KENNETH M. WALCZAK, State Bar #247389
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102-5408
Telephone:     (415) 554-4206
E-Mail:         kenneth.walczak@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOLORES JOHNSON, | Case No. 15-cv-03011-KAW |
|---|---|
| Plaintiff, | **STIPULATED WAIVER OF COSTS; [PROPOSED] ORDER** |
| vs. | Magistrate Judge Kandis A. Westmore |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

**STIPULATED WAIVER OF COSTS**

IT IS HEREBY STIPULATED:

The parties have reached a settlement waiving Defendant's entitlement to costs (*see* Bill of Costs, Docket No. 80; Order Taxing Costs, Docket No. 81), in exchange for Plaintiff's general release of claims related to her employment with the City and County of San Francisco.

Pursuant to that settlement, the parties agree that Defendant will no longer seek to recover costs from Plaintiff, and the matter may be closed by the Court.

SO STIPULATED.

Dated:  February 2, 2017

DENNIS J. HERRERA
City Attorney
KATHARINE HOBIN PORTER
Chief Labor Attorney
KENNETH M. WALCZAK
Deputy City Attorney

By:  *s/ Kenneth M. Walczak*
     KENNETH M. WALCZAK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  February 8, 2017

LAW OFFICE OF RICHARD M. ROGERS

By:  /s/ Richard M. Rogers
     RICHARD M. ROGERS

Attorneys for Plaintiff
DOLORES JOHNSON

**[~~PROPOSED~~] ORDER**

Having considered the parties' stipulation, and having found good cause to do so, the Court hereby ORDERS as follows:

Defendant has waived its entitlement to recovery of costs from Plaintiff. The Court hereby withdraws its order taxing costs (Docket No. 81), and releases Plaintiff from any obligation to pay.

Judgment having been entered in Defendant's favor, the matter shall be closed by the Clerk.

IT IS SO ORDERED.

DATED: 2/9/17

_____
Magistrate Judge Kandis A. Westmore